**In re: Jerome B. REED, Petitioner.**

**No. 05–3301.**

United States Court of Appeals,
Third Circuit.

Submitted Under Rule 21, Fed.
R.App. P. July 29, 2005.

Decided Sept. 7, 2005.

Jerome B. Reed, Smyrna, DE, pro se.

Before Chief Judge SCIRICA, WEIS
and GARTH, Circuit Judges.

OPINION

PER CURIAM.

Pro se petitioner Jerome Reed seeks a writ of mandamus to compel the United States District Court for the District of Delaware to reach an immediate decision on his petition for a writ of habeas corpus. Reed has also filed a motion for the appointment of counsel and a motion to amend his mandamus petition with additional case law in support of his underlying claim.

Reed filed his petition for a writ of habeas corpus on May 21, 2004. The State filed its Answer in September of 2004, and Reed replied in October. On August 29, 2005, after Reed had filed the instant petition, the District Court issued a lengthy opinion denying Reed's request for habeas corpus relief. Because Reed has now received the relief he sought in filing his mandamus petition—a ruling on his habeas corpus petition—we will deny his manda-

mus petition and accompanying motions as moot.